UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                      )   CHAPTER 7
                                                            )
STEPHEN E. SMITH and                                        )   CASE NO. 06-14779
EILEEN O. SMITH                                             )
                           Debtor(s).                       )   HON. JOHN H. SQUIRES


**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., COURTROOM 680, CHICAGO, IL  60604

    On: **February 12, 2008**           Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                          $43,325.64

    Disbursements                                      $4,659.66

    Net Cash Available for Distribution               $38,665.98

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| RICHARD M. FOGEL, TRUSTEE<br>*Trustee Compensation* | $60.00 | $5,022.56 | $9.12 |
| POPOWCER KATTEN LTD.<br>*Accountant for Trustee* | $0.00 | $2,506.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $58,555.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 53.1600%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Card | $4,024.58 | $2,139.46 |
| 2 | Discover Bank/Discover Card | $10,527.54 | $5,596.43 |
| 3 | U.S. Bank Corp | $15,850.32 | $8,426.02 |
| 4 | American Express Centurion Bank | $14,732.39 | $7,831.72 |
| 5 | American Express Bank FSB | $303.17 | $161.16 |
| 6 | American Express Bank FSB | $13,117.03 | $6,973.01 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtors have been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| REAL ESTATE | $600,000.00 |
| BANK ACCOUNT- 2912 | $300.00 |
| BANK ACCOUNT- IOLTA | $109.00 |
| BANK ACCOUNT- 9701 | $100.00 |
| BANK ACCOUNT- 6031 | $400.00 |
| BANK ACCOUNT- WAMU | $600.00 |
| BANK ACCOUNT- BP | $315.00 |
| HOUSEHOLD GOODS | $5,000.00 |
| WEARING APPAREL | $500.00 |
| FURS AND JEWELRY | $500.00 |
| INSURANCE POLICIES | $8,833.00 |
| QUALIFIED STATE TUITION PLANS | $300.00 |
| RETIREMENT ACCOUNT | $11,628.69 |
| RETIREMENT ACCOUNT | $60,993.95 |
| RETIREMENT ACCOUNT | $377,555.46 |
| RETIREMENT ACCOUNT | $20,374.37 |
| INTEREST IN LLC | $500.00 |
| LICENSE | $1.00 |
| ROYALTIES DUE | $100.00 |
| VEHICLE | $18,000.00 |
| BOOKS | $200.00 |

Dated: **January 10, 2008**          For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court

Trustee:   Richard M. Fogel
Address:   321 N. Clark Street
           Suite 800
           Chicago, IL  60610
Phone No   (312) 276-1334