UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| STEPHEN E. SMITH and | ) | CASE NO. 06-14779 |
| EILEEN O. SMITH | ) | |
| Debtor(s). | ) | HON. JOHN H. SQUIRES |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST., COURTROOM 680, CHICAGO, IL  60604

    On: **February 12, 2008**           Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $43,325.64 |
    | Disbursements | $4,659.66 |
    | Net Cash Available for Distribution | $38,665.98 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | RICHARD M. FOGEL, TRUSTEE<br>*Trustee Compensation* | $60.00 | $5,022.56 | $9.12 |
    | POPOWCER KATTEN LTD.<br>*Accountant for Trustee* | $0.00 | $2,506.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

Case 06-14779   Doc 45   Filed 01/10/08   Entered 01/12/08 23:40:50   Desc Imaged
Certificate of Service   Page 2 of 4


6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $58,555.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 53.1600%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Card | $4,024.58 | $2,139.46 |
| 2 | Discover Bank/Discover Card | $10,527.54 | $5,596.43 |
| 3 | U.S. Bank Corp | $15,850.32 | $8,426.02 |
| 4 | American Express Centurion Bank | $14,732.39 | $7,831.72 |
| 5 | American Express Bank FSB | $303.17 | $161.16 |
| 6 | American Express Bank FSB | $13,117.03 | $6,973.01 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the U.S. Bankruptcy Court, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtors have been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| REAL ESTATE | $600,000.00 |
| BANK ACCOUNT- 2912 | $300.00 |
| BANK ACCOUNT- IOLTA | $109.00 |
| BANK ACCOUNT- 9701 | $100.00 |
| BANK ACCOUNT- 6031 | $400.00 |
| BANK ACCOUNT- WAMU | $600.00 |
| BANK ACCOUNT- BP | $315.00 |
| HOUSEHOLD GOODS | $5,000.00 |
| WEARING APPAREL | $500.00 |
| FURS AND JEWELRY | $500.00 |
| INSURANCE POLICIES | $8,833.00 |
| QUALIFIED STATE TUITION PLANS | $300.00 |
| RETIREMENT ACCOUNT | $11,628.69 |
| RETIREMENT ACCOUNT | $60,993.95 |
| RETIREMENT ACCOUNT | $377,555.46 |
| RETIREMENT ACCOUNT | $20,374.37 |
| INTEREST IN LLC | $500.00 |
| LICENSE | $1.00 |
| ROYALTIES DUE | $100.00 |
| VEHICLE | $18,000.00 |
| BOOKS | $200.00 |

Dated: **January 10, 2008**             For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk of the U.S. Bankruptcy Court

Trustee:   Richard M. Fogel
Address:   321 N. Clark Street
           Suite 800
           Chicago, IL  60610
Phone No   (312) 276-1334

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Jan 10, 2008
Case: 06-14779                 Form ID: pdf002              Total Served: 33

The following entities were served by first class mail on Jan 12, 2008.
 db          +Stephen E Smith,    3700 N. Lake Shore Drive, #110,   Chicago, IL 60613-4200
 jdb         +Eileen O Smith,    3700 N. Lake Shore Drive, #110,   Chicago, IL 60613-4200
 aty         +Robert R Benjamin,   Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,   Suite 1600,
               Chicago, IL 60604-2686
 tr          +Richard M Fogel,   Shaw Gussis Fishman Glantz Wolfton,    321 N Clark Street Suite 800,
               Chicago, IL 60610-4766
11009258     +AMC Mortgage Services,    PO Box 5926,   Carol Stream, IL 60197-5926
11166897     +AT&T Universal Card,    Pob 6241,   Sioux Falls SD 57117-6241
11009259      American Express,    PO Box 5207,   Fort Lauderdale, FL 33310-5207
11166896     +American Express,   Blue for Business,    Pob 297879,   Fort Lauderdale FL 33329-7879
11243699      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11243698      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11009260     +Bank Financial,   Loan Processing Center,    15W060 North Frontage Road,
               Willowbrook, IL 60527-6928
11009261      Bank of America,    PO Box 60073,   City Of Industry, CA 91716-0073
11009262     +Carmax Business Services LLC,    PO Box 440609,   Kennesaw, GA 30160-9511
11060280     +Charles Schwab,    Orland Operations Center,   Pob 628291,   Orlando FL 32862-8291
11166899     +Chase,   Cardmember Services,    Pob 15548,   Wilmington DE 19886-5548
11166900     +Chase Bank,   800 Brooksedge Blvd,    Westerville OH 43081-2822
11166901     +Chase Bank USA NA,    c/o Weinstein & Riley PS,   14 Penn Plaza Suite 1300,
               New York NY 10122-1401
11009263      Citibank,   PO Box 688915,    Des Moines, IA 50368-8915
11166902     +Citibank,   Pob 6241,    Sioux Falls 57117-6241
11166903     +Citibank USA,    Pencader Corp Center,   110 Lake Drive,    Newark DE 19702-3317
11009264      Datalynx,   PO Box 173736,    Denver, CO 80217-3736
11009265      Diners Club,   PO Box 6003,    The Lakes, NV 88901-6003
11009268     +First American Bank,    1650 Louis Ave,   Elk Grove Village, IL 60007-2350
11009269      Home Depot Credit Services,    Processing Center,   Des Moines, IA 50364-0500
11009270      MBNA America,   PO Box 15726,    Wilmington, DE 19886-5726
11166904     +Mr. Cary Shiever, Attorney at Law,    1512 Artaius Parkway,    Suite 300,
               Libertyville IL 60048-5231
11009271     +Northwestern Mutual,    720 E. Wisconsin Ave.,   Milwaukee, WI 53202-4703
11009272     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    PO Box 790408,   Saint Louis, MO 63179-0408)
11166830     +US Bank Corp/Retail Payment Solutions,    PO Box 5229,   Cincinnati, Ohio 45201-5229

The following entities were served by electronic transmission on Jan 11, 2008.
11166898     +Fax: 602-221-4614 Jan 11 2008 04:29:43     Chase,   Pob 15129,   Wilmington DE 19850-5129
11130705     +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 11 2008 02:52:26
               DISCOVER BANK/DISCOVER FINANCIAL SERVICES,   PO BOX 3025,   NEW ALBANY, OH 43054-3025
11009266      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 11 2008 02:52:26      Discover Card,   PO Box 3008,
               New Albany, OH 43054-3008
11009267      E-mail/PDF: mrdiscen@discoverfinancial.com Jan 11 2008 02:52:26      Discover Card,   PO Box 30395,
               Salt Lake City, UT 84130-0395
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2008**                    **Signature:** _Joseph Speetjens_