UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| | ) | |
| Stephen E. Smith and Eileen O. Smith, | ) | Case No.  06 B 14779 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable John H. Squires |

NOTICE OF FILING OF U.S. TRUSTEE'S
<u>MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT</u>

To:   Richard Fogel, Esq.
      Shaw, Gussis et al.
      321 N. Clark St. Suite #800
      Chicago, IL 60610

Please take notice that on March 19, 2008, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee of Review of the Trustee's Final Account. A copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's's certification that the estate has been fully administered and is ready to close.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

Dated:   March 19, 2008        BY    <u>/s/ Dean Harvalis, Esq.</u>
                                      Dean C. Harvalis, Assistant United States Trustee
                                      Office of the U.S. Trustee
                                      227 We. Monroe, Suite 3350
                                      Chicago IL 60606
                                      (312) 886-5785

<u>CERTIFICATE OF SERVICE</u>

I, Dean C. Harvalis, Assistant United States Trustee Dean Harvalis, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's's Electronic Notice for Registrants on March 19, 2008.

<u>/s/ Dean Harvalis</u>